UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKI CHANG,

                Plaintiff,

   v.

ANDREW VANDERWIELEN, et al.,

                Defendants.

Case No. C22-0013-SKV

ORDER RE: MOTION TO RECUSE
AND REASSIGNMENT

Plaintiff, proceeding pro se in this civil rights action, submitted a Request for New Judge Appointed. Dkt. 35. The Court, having considered that request and having considered the record in this matter as a whole, herein finds and ORDERS as follows:

(1) Plaintiff explains her Request for New Judge Appointed as follows:

> Plaintiff requests that a new judge be appointed that does not attend University of Washington as an undergraduate or graduate student nor get paid on a regular basis as a faculty member or permanent staff person, or an employee of the mostly [sic] the State of Washington for most of their career, since Washington State indemnifies [Defendant] Riddhi Kothari, DO under insurance claims. Plaintiff requests that this is true for the judge's spouse as well.

Dkt. 35. The Court construes this filing as a motion to recuse pursuant to 28 U.S.C. § 144. Further, having reviewed the motion, the Court finds no justification for voluntary recusal. *See* Local Civil Rule (LCR) 3(f).

ORDER RE: MOTION TO RECUSE AND
REASSIGNMENT - 1

The Court does, however, find reassignment of this matter appropriate at this juncture. Because two of the named Defendants have yet to appear, the Court is unable to inquire as to whether all of the parties in this case consent to proceed before a Magistrate Judge. Given that fact, and with consideration of Plaintiff's motion for recusal and a pending dispositive motion, *see* Dkt. 14, the Court herein directs the Clerk to reassign this matter to a District Judge in accordance with the Court's Amended General Order No. 02-19 regarding Consent and Referrals to Magistrate Judges under 28 U.S.C. § 636(b) and (c). Also, should the reassignment result in a referral to the undersigned, the Court, as required by LCR 3(f), directs the Clerk to refer Plaintiff's motion for recusal, Dkt. 14, to Chief Judge Ricardo S. Martinez.

    (2)    The Clerk shall send a copy of this Order to the parties.

Dated this 6th day of April, 2022.

S. KATE VAUGHAN
United States Magistrate Judge