THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9 | VICKI CHANG,

CASE NO. C22-0013-JCC-SKV

10 |                          Plaintiff,

MINUTE ORDER

11 |         v.

12 | ANDREW VANDERWIELEN, *et al.*,

13 |                          Defendant.

14

15    The following Minute Order is made by direction of the Court, the Honorable John C.

16 Coughenour, United States District Judge:

17    Before the Court is Plaintiff's request for the appointment of a new judge (Dkt. No. 35),

18 which the Court interprets as a motion to recuse. Having thoroughly considered the issue, and for

19 the reasons described below, the motion is DENIED.

20    A federal judge must "disqualify himself in any proceeding in which his impartiality

21 might reasonably be questioned," "[w]here he has a personal bias or prejudice concerning a

22 party, or personal knowledge of disputed evidentiary facts concerning the proceeding." 28

23 U.S.C. §§ 455(a), (b)(1). A judge must disqualify under these provisions if "a reasonable person

24 with knowledge of all the facts would conclude that the judge's impartiality might reasonably be

25 questioned." *Blixseth v. Yellowstone Mountain Club, LLC*, 742 F.3d 1215, 1219 (9th Cir. 2014)

26 (quoting *Persnell v. Arsenault*, 543 F.3d 1038, 1043 (9th Cir. 2008)). "Absent a factual showing

MINUTE ORDER
C22-0013-JCC-SKV
PAGE - 1

1 | of a reasonable basis for questioning his or her impartiality, or allegations of facts establishing

2 | other disqualifying circumstances, a judge should participate in cases assigned." *Maier v. Orr*,

3 | 758 F.2d 1578, 1583 (Fed. Cir. 1985). "Conclusory statements" or a party's "unsupported beliefs

4 | and assumptions" do not require a judge to recuse. *Id.*

5 |      Plaintiff asks for the assignment of a judge unaffiliated with the University of

6 | Washington because of Defendant Riddhi Kothari's affiliation with the institution. (*See* Dkt. No.

7 | 35 at 1.) While this Judge does, in fact, serve as an adjunct lecturer at the University of

8 | Washington School of Law, he donates all compensation received to the institution. Therefore,

9 | the Court concludes that it has no financial interest in this matter. And it further concludes that

10 | its impartiality cannot be reasonably questioned.

11 |      Accordingly, the Honorable John C. Coughenour, U.S. District Judge, DECLINES to

12 | voluntarily recuse but REFERS the motion to Chief Judge Martinez under LCR 3(f) for further

13 | consideration.

14 |

15 |      DATED this 18th day of April 2022.

16 | Ravi Subramanian
Clerk of Court

17 |

18 | s/Sandra Rawski
Deputy Clerk

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |