UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VICKI CHANG,

                Plaintiff,

    v.

ANDREW VANDERWIELEN, et al.,

                Defendants.

Case No. C22-0013-SKV

ORDER RE: MOTION FOR RECONSIDERATION

       Plaintiff proceeds pro se in this civil rights action. This matter comes before the Court in relation to Plaintiff's "Declaration/Motion to Partially Reconsider Order on Report and Recommendation." Dkt. 96. Specifically, Plaintiff seeks reconsideration of the Court's Order adopting the Report and Recommendation Granting Defendant Dr. Riddhi Kothari's Motion for Summary Judgment and Denying Plaintiff's Motion to Amend. Dkt. 80 (addressing Dkts. 14, 37, 65 & 67). The Court, having considered the motion, along with the remainder of the record, herein finds and ORDERS as follows:

       (1)    Motions for reconsideration are disfavored and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Civil Rule

(LCR) 7(h)(1).  A motion for reconsideration must be filed "within fourteen days after the order to which it relates[.]"  LCR 7(h)(2).

Plaintiff's motion for reconsideration is untimely and could be denied on this basis alone. *Id*.  *See also United States v. Washington*, 20 F. Supp. 3d 986, 1055 n.1 (W.D. Wash. 2013).  Moreover, even if timely filed, Plaintiff fails to show either manifest error or new facts or legal authority entitling her to relief.  Accordingly, Plaintiff's motion for reconsideration, Dkt. 96, is DENIED.

(2)  The Clerk shall send a copy of this Order to the parties.

Dated this 22nd day of June, 2022.

S. KATE VAUGHAN
United States Magistrate Judge