UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VICKI CHANG,<br><br>                Plaintiff,<br><br>   v.<br><br>ANDREW VANDERWIELEN,<br><br>                Defendants. | Case No. C22-0013-SKV<br><br>ORDER RE: MOTION TO RECONSIDER DISMISSAL OF DEFENDANT GUREVICH |

      Plaintiff, proceeding pro se in this civil rights action, filed a Motion to Reconsider Dismissal of Defendant Gurevich, Dkt. 157, and a request to consider additional exhibits in support of the motion to reconsider, Dkt. 161. The Court, having considered the motion and request, along with the remainder of the record, herein finds and ORDERS as follows:

      (1)    In a motion filed on March 30, 2023, Plaintiff seeks reconsideration of the dismissal of her claims against Jane Gurevich. *Id*. This is Plaintiff's second such motion. It follows the Court's dismissal of Plaintiff's claims against Gurevich on October 12, 2022 and the denial of Plaintiff's first motion to reconsider and/or amend the judgment in relation to Gurevich in an Order dated December 12, 2022. *See* Dkts. 130, 135, 139.

A motion for reconsideration must be filed "within fourteen days after the order to which it relates[.]" Local Civil Rule (LCR) 7(h)(2). Plaintiff's motion for reconsideration is untimely and could be denied on this basis alone. *Id.* *See also United States v. Washington*, 20 F. Supp. 3d 986, 1055 n.1 (W.D. Wash. 2013). Moreover, even if timely filed, Plaintiff is not entitled to relief. Motions for reconsideration are disfavored and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." LCR 7(h)(1). Because Plaintiff does not show manifest error in the Court's ruling or new facts or legal authority, she does not provide a basis for reconsideration. Instead and as in her prior motion, Plaintiff in large part merely disagrees with the Court's ruling, reiterates arguments previously raised, and raises arguments that are not relevant. For these reasons, Plaintiff's Motion to Reconsider Dismissal of Defendant Gurevich, Dkt. 157, and her request to consider additional exhibits associated with that motion, Dkt. 161, are DENIED.

(2)   The Clerk shall send a copy of this Order to the parties.

Dated this 14th day of April, 2023.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

ORDER RE: MOTION TO RECONSIDER
DISMISSAL OF DEFENDANT GUREVICH - 2